FREDERICK LANGE, Respondent, v. PETER KEARNEY,
Appellant.

(Submitted June 8, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made January 28, 1889, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Edward F. O'Dwyer* for appellant.

*Hathaway & Montgomery* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.